# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DURR SYSTEMS, INC. )<br>)<br>Plaintiff/Counterclaim )<br>Defendant, )<br>)<br>v. )<br>)<br>NEVOA LIFE SCIENCES )<br>HOLDINGS, INC., )<br>)<br>Defendant/Counterclaim )<br>Plaintiff. ) | Civil Action No. 23:529 (JLH) |

## [PROPOSED] ORDER FOR THE ISSUANCE OF LETTERS OF REQUEST

At Wilmington this _____ day of _____, 2024, upon consideration of Defendant's Motion for Issuance of Letters of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant/Counterclaim Plaintiff is authorized to forward the original signed and sealed Letters of Request for International Judicial Assistance pursuant to the Hague Convention on the Taking of Evidence Abroad (including the original, signed, and sealed German translation)

to the appropriate judicial authority in Germany for the purpose of obtaining testimony that may be used as evidence in the above-captioned case from Lars Friedrich and Patrick Haeusserman, employees of Durr AG; and

    IT IS FURTHER ORDERED that the Clerk of the Court return each original signed and sealed Letter of Request to counsel for Defendant listed within so that each Letter of Request may be delivered to the competent authorities identified therein, *i.e.* the Präsident des Oberlandesgerichts München.

_____

Judge Jennifer Hall