# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DURR SYSTEMS, INC. ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| NEVOA LIFE SCIENCES ) | Civil Action No. 23:529 (JLH) |
| HOLDINGS, INC., ) | |
| ) | |
| Defendant/Counterclaim ) | |
| Plaintiff. ) | |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Defendant/Counterclaim Plaintiff Nevoa Life Sciences Holdings, Inc. ("Nevoa"), respectfully moves this Court to schedule a teleconference to address Nevoa's outstanding disputes with Plaintiff/Counterclaim Defendant Durr Systems, Inc. ("Durr") regarding the following discovery matters:

Issue 1: Durr's Objections and Responses to Nevoa's (1) Notice of Deposition of Lars Friedrich and (2) Notice of Deposition of Patrick Haeussermann, served on January 11, 2024.

Issue 2: Durr's Refusal to Answer Questions about corporate designee Rick Ostin's Discussion with Lars Friedrich during Durr's 30(b)(6) deposition.

Issue 3: Durr's Objections and Responses to Nevoa's First Request for Production of Documents and First Set of Interrogatories.

1

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s):

- January 11, 2024 (via teleconference)

    - Delaware Counsel/Lead Counsel: Sean J. Bellew, Esq., for Nevoa Life Sciences Holdings, Inc.
    - Lead Counsel: William Broman, Esq., for Durr Systems, Inc.

- January 22, 2024 (after deposition of Ernest Cunningham)

    - Delaware Counsel/Lead Counsel: Sean J. Bellew, Esq. for Nevoa Life Sciences Holdings, Inc.
    - Lead Counsel: William Broman, Esq. for Durr Systems, Inc.

- January 31, 2024 (at deposition of Mark Dion)

    - Delaware Counsel/Lead Counsel: Sean J. Bellew, Esq. for Nevoa Life Sciences Holdings, Inc.
    - Lead Counsel: William Broman, Esq. for Durr Systems, Inc.
    - Delaware Counsel: Ronald Golden, Esq, for Durr Systems, Inc.

The parties are available for a teleconference on the following dates: Yesterday, Counsel for Nevoa requested dates from Counsel for Durr for the teleconference. Counsel for Durr promised a response today but has failed to respond. Counsel for both parties will be in depositions related to this case on the mornings of February 9 and February 15, which would make both sides available at those times.

Dated: February 7, 2024       /s/ *Sean J. Bellew*
                              Sean J. Bellew (# 4072)
                              Bellew LLC
                              2961 Centerville Road, Suite 302
                              Wilmington, DE  19808
                              (302) 353-4951
                              (610) 585-5900 (cell)
                              sjbellew@bellewllc.com

                              Attorneys for Defendant/Counterclaim Plaintiff, Nevoa Life Sciences Holdings, Inc.